IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Morgan,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>The State of Arizona,<br><br>　　　　　Defendant, | No. CV 06-346-TUC-FRZ (JCG)<br><br>**ORDER** |

　　　　Before the Court for consideration is Plaintiff's Motion for Remand.

　　　　On September 27, 2007, the Court adopted the report and recommendation of the Magistrate Judge, thereby granting Defendant's Motion to Dismiss Plaintiff's amended complaint and granting Plaintiff leave to file an amended complaint.

　　　　This matter was referred back to Magistrate Judge Jennifer C. Guerin for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

　　　　Plaintiff Thomas Morgan filed a Second Amended Complaint against the State of Arizona on October 29, 2007.

　　　　Plaintiff's Motion for Remand Matter to State Court was filed October 30, 2007.

　　　　Magistrate Judge Guerin issued her Report and Recommendation, filed February 26, 2008, recommending that the District Court, after its independent review of the record, enter an order granting Plaintiff's Motion for Remand.

1  Defendant filed an objection to the report and recommendation, requesting that the
2  Court screen Plaintiff's proposed Second Amended Complaint pursuant to 28 U.S.C. §
3  1915A(a) and dismiss, and further deny Plaintiff's Motion for Remand.
4  The Court, having made an independent review of the record herein, including
5  Defendant's objection, finds that the Report and Recommendation of Magistrate Judge
6  Guerin shall be adopted as the findings of fact and conclusions of law of this Court.
7  Based on the foregoing,
8  **IT IS ORDERED** that the Report and Recommendation [Doc. #50] is hereby
9  **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;
10  **IT IS FURTHER ORDERED** that Plaintiff's Motion for Remand [Doc. #43] is
11  **GRANTED**;
12  **IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Superior Court
13  of the State of Arizona, in and for the County of Pima;

15  DATED this 30th day of June, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge